## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover        Date:  July 12, 2010
Court Reporter:       Paul Zuckerman
Probation Officer:     Caryl Ricca

Criminal Action No. 09-cr-00513-MSK

_Parties_:                                      _Counsel_:

UNITED STATES OF AMERICA,       Jim Allison

         Plaintiff,

v.

FRED ALLEN MANZANARES,         La Fonda Jones

         Defendant.

---

## SENTENCING MINUTES
---

 **9:45 a.m.**      **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on April 12, 2010. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).  (**Doc. #23**) Argument by Ms. Jones.  The Government has no objection.

Allocution. - Statements made by:  The Government and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**      Defendant's Motion for Non-Guideline Sentence (**Doc. #23**) is **GRANTED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Bond is exonerated.

**10:03 a.m.**     **Court in recess.**

Total Time:     18 minutes.
Hearing concluded.